UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cr-134

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEJANDRO UMANA | ) | |
| | ) | |

**THIS MATTER** is before the Court on motion by appellate counsel for the defendant requesting certain jury selection materials, (Doc. No. 1501), to which the government takes no position.

**IT IS, THEREFORE, ORDERED** that the following materials shall be provided to appellate counsel for both parties by the Clerk of Court within 20 days:[1]

1. an electronic copy of substantive juror questionnaires;

2. an electronic copy of preliminary qualification questionnaires returned by potential jurors prior to the selection process; and

3. an electronic copy of the report from the jury management system database listing potential jurors who were excused, deferred, or disqualified by the Court prior to the selection process based on responses to preliminary qualification questionnaires.[2]

---

[1] The Court shall retain an electronic copy of materials provided pursuant to this Order.

[2] The Court shall enter a separate order under seal listing the potential jurors the parties jointly moved to strike, and the Court excused for cause, following review of substantive juror questionnaires.

**IT IS FURTHER ORDERED** that appellate counsel shall be under the same restrictions as trial counsel regarding such juror information, including the prohibitions against referring to jurors by name and disclosing identifying information. Additionally, the electronic files provided to counsel shall not be copied or transferred to any computer or electronic storage device and must be returned to the Court, along with any printed material from the files, upon conclusion of the appeal.

The Clerk is directed to provide copies of this Order to appellate counsel for the defendant, appellate counsel for the United States, and to the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: August 21, 2012

Robert J. Conrad, Jr.
Chief United States District Judge