# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL CASE NO. 3:08-CR-00134-2-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| ALEJANDRO UMANA, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Zandra L. Lopez] …" (documents #1623 and 1626). Movant has now paid the required filing fee. Accordingly, the Application for Admission to Practice Pro Hac Vice (document #1623) will be granted.

The Application for Admission to Practice Pro Hac Vice (document #1626) is denied as moot.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: July 24, 2015

David S. Cayer
United States Magistrate Judge